IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
01 APR 30 PM 2: 49
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

APR 3 0 2001

| | | |
|---|---|---|
| FELICIA LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| STATE FARM MUTUAL | ) | 99-C-1530-NE |
| AUTOMOBILE INSURANCE COMPANY,) | | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION GRANTING SUMMARY JUDGMENT**

Plaintiff has not responded to Defendant's Motion for Summary Judgment.

Because of Plaintiff's failure to controvert Defendant's motion, it is due to be granted.

By separate Order, summary judgment will be granted to Defendant and the case will be dismissed.

DONE this _____30th_____ day of _____April_____, 2001.

_____
Chief United States District Judge
U. W. Clemon